IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL KARONSKI SAMUELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 110-101 |
| | ) | |
| RICHMOND COUNTY NARCOTICS | ) | |
| DIVISION and RICHMOND COUNTY | ) | |
| NARCOTICS OFFICERS, | ) | |
| | ) | |
| Defendants. | ) | |

---

## ORDER

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of

the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case is

**CLOSED**.

SO ORDERED this 20th day of October, 2010, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE